UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-1776-CIV-PCH
MAGISTRATE JUDGE TURNOFF

MARY KNOWLES,

      Plaintiff,

v.

BAPTIST HEALTH SYSTEMS OF
SOUTH FLORIDA, INC.

      Defendants.
_____/

## ORDER

This Cause comes before the Court on Defendants' Motion for Writ of Garnishment Against Salary or Wages After Judgment (D.E. 58). A hearing on the motion was held on September 13, 2002. The Court having reviewed the record, having heard oral argument, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion for Writ of Garnishment Against Salary or Wages After Judgment (D.E. 58) is GRANTED.

DONE AND ORDERED in Chambers, at Miami, Florida, this 14 day of Sept, 2002.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

c:    Hon. Paul C. Huck
      Susan J. Toepfer, Esq.
      Gary A. Costales, Esq.

